1 | ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
    Chief, Criminal Division

4 | KENNETH CHAMBERS (NYBN 5559885)
    Assistant United States Attorney

5

6 |     1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3680

7 |     FAX: (510) 637-3724
        kenneth.chambers@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,                )   NO. 4:23-MJ-70880-MAG

14 |     Plaintiff,                              )   **STIPULATION TO CONTINUE**
       v.                                          )   **PRELIMINARY HEARING AND**

15 |                                                       )   **EXCLUDE TIME FROM AUGUST 3,**
    ANTOYNE TERRELL BULLOCK,       )   **2023 TO AUGUST 17, 2023 AND**

16 |                                                       )   **ORDER**
        Defendant.                         )

17

18

19

20       The above-captioned case is currently scheduled for a preliminary hearing/arraignment on

21 **August 3, 2023,** at **10:30 am**. The government has provided defense counsel with discovery. The

22 government will also be providing defense counsel with additional discovery materials.

23 Accordingly, the parties would like to continue the hearing to **August 17, 2023,** to allow additional

24 time for the parties to engage in discussions about potential resolution prior to Indictment, and for

25 defense to review discovery. Furthermore, the government has additional discovery to produce to

26 defense counsel, as the discovery in this case is voluminous. Believing such discussions to be in the

27 interests of justice, the parties represent that good cause exists and therefore agree to extend the

28 deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure

and exclude time under the "Speedy Indictment" provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree to a new hearing date on **August 17, 2023,** for preliminary hearing or arraignment, and status on detention to discuss the next steps in the defendant's treatment program before the Duty Magistrate Judge. The parties also stipulate and agree to request that the time between **August 3, 2023,** and **August 17, 2023,** be excluded to facilitate discussions related to resolution prior to Indictment, and for effective preparation pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: August 02, 2023

/s/
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED: August 02, 2023

/s/
**JOYCE LEAVITT**
Counsel for Defendant Antoyne T. Bullock

**ORDER**

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **August 3, 2023**, at **10:30 am**. The parties are requesting a continuance to **August 17, 2023**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment, and for defense counsel to review discovery that has been produced. Furthermore, the government will produce additional discovery in this matter. Defense counsel will need additional time to review the additional discovery. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **August 3, 2023,** shall be vacated. The matter shall be continued until **August 17, 2023**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:   August 2, 2023

By: *Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE